IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IFPOWER CO., LTD., | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-210-RP |
| SAMSUNG ELECTRONICS CO., LTD., et al., | § § § | |
| Defendants. | § | |

## ORDER

On November 6, 2023, the parties filed a joint motion to dismiss stating that the parties have resolved their dispute. (Dkt. 21). The Court construes the parties' motion as a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on November 7, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE